principles of Mary Baker Eddy. For these reasons we judge that the trial court correctly dismissed the complaint on the ground it lacked jurisdiction.

In view of our holding, it is unnecessary to pass on the other grounds ascribed by the trial court in its ruling. The order of the circuit court is affirmed.

Order affirmed.

BURKE, P. J., and GOLDBERG, J., concur.

---

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* POSIE JONES, Petitioner-Appellant.

(No. 61320;

First District (1st Division)—August 18, 1975.

PER CURIAM.

Paul Bradley and Kenneth L. Jones, both of State Appellate Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Robert Handelsman, Assistant State's Attorneys, of counsel), for the People.

CHARLES DAY, Plaintiff-Appellee, *v.* CHARLES SCHORECK *et al.*, Defendants-Appellants.

(No. 59776; )

First District (2nd Division)—August 19, 1975.

